**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:02CR76 |
| **Plaintiff,** | |
| vs. | **JUDGMENT** |
| **ELVIA RIOS,** | |
| **Defendant.** | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1. Defendant's "Motion to Vacate, Set Aside, or Correct Sentence Motion under 28 U.S.C. § 2255" (Filing No. 243) is denied; and

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at her last known address.

DATED this 16th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge