IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:02CR76** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **ELVIA RIOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on Defendant's Objection to Answer to Motion Under 28 U.S.C. § 2255 (Filing No. 261).  The court has already issued a Memorandum and Order and Judgment dismissing Defendant's § 2255 motion.  (Filing Nos. 257 and 258).  Therefore, Defendant's motion is denied as moot.

IT IS SO ORDERED.

DATED this 3rd day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge