IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR76** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ELVIA RIOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to reduce her sentence pursuant to Amendment 706 to the sentencing guidelines (Filing No. 274).

The Defendant's offense regarded powder cocaine. Therefore, Amendment 706 has no bearing on her case. Therefore, the Defendant's motion for a sentencing reduction is denied.

IT IS ORDERED:

1. The Defendant's motion for modification of her sentence pursuant to Amendment 706 to the sentencing guidelines (Filing No. 274) is denied; and

3. The Clerk shall mail a copy of this Order to the Defendant at her last known address.

DATED this 20th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge